**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HENRY McCONE,**

                 **Plaintiff,**

**-vs-**                                                          **Case No. 6:12-cv-1852-Orl-22DAB**

**PITNEY BOWES, INC., AND PITNEY**
**BOWES MANAGEMENTS SERVICES,**

                 **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (Doc. No. 5)**
>
> **FILED:**      **December 27, 2012**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

      Although Plaintiff has filed an Amended Complaint (Doc. 4) and has spent down his cash on hand following the Court's earlier Report noting a surplus (Doc. 3), the application continues to reflect that Plaintiff has a regular income which exceeds his expenses. As such, Plaintiff is not entitled to pauper status on this showing. The Court continues to recommend denial of the application and, if Plaintiff wishes to continue this action, that he be required to pay the filing fee.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 2, 2013.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy