# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HENRY MCCONE,**

      **Plaintiff,**

**v.**                                          Case No:  6:12-cv-1852-Orl-22DAB

**PITNEY BOWES, INC. and PITNEY BOWES MANAGEMENT SERVICES, INC.,**

      **Defendants.**

## ORDER

This cause is before the Court on the Motion for Leave to Proceed In Forma Pauperis (Doc. No. 5) filed on December 27, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, including the objections filed by the Henry McCone, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 2, 2013 (Doc. No. 6), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Leave to Proceed In Forma Pauperis is hereby DENIED. However to ease the financial burden on the Plaintiff the Court will permit him to pay the $350.00 filing fee in monthly installments, with $100.00 due February 15, 2013, $100.00 due March 15, 2013, $100.00 due April 15, 2013, and a final payment of $50.00 on May 15, 2013.

Thereafter the Clerk will issue the summons.   Failure to pay the filing fee as directed may result in this action being dismissed for lack of prosecution, without further notice.

**DONE** and **ORDERED** in Orlando, Florida on January 17, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Henry McCone, *pro se*